**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 25 -mj- 2952 |
| v. | |
| ARA ARTUNI | |
| DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable Patricia Donahue ,
☐ United States District Judge   ☒ United States Magistrate Judge, has this date   ☐ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make   ☐ _____ social   ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith           ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to   ☐ MDCLA   ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for cholesterol
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

CLERK U.S. DISTRICT COURT

Dated: May 28, 2025          By: /s/ Isabel Verduzco
                                 Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☒ *MDC*, ☒ *Cell block*

CR-53 (10/22)          **ABSTRACT OF COURT PROCEEDING**